IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Tracy | Case Number: 08 B 14159 |
|---|---|---|
| | Kelly-Brown, Joyce | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 6/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,720.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,540.48 |
| Trustee Fee: | | 179.52 |
| Other Funds: | | 0.00 |
| Totals: | 2,720.00 | 2,720.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,521.50 | 2,540.48 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 720.00 | 0.00 |
| 6. | Saxon Mortgage Services Inc | Secured | 40,650.39 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 114.26 | 0.00 |
| 8. | Chicago Patrolmen's Fed Credit Union | Unsecured | 29.56 | 0.00 |
| 9. | City Of Chicago | Unsecured | 1.81 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 402.62 | 0.00 |
| 11. | Time Payment Corp | Unsecured | 209.36 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 28.80 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 220.13 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 22.32 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 4.95 | 0.00 |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 18. | Chase Bank | Unsecured | | No Claim Filed |
| 19. | Cbe Group | Unsecured | | No Claim Filed |
| 20. | Cingular Wireless | Unsecured | | No Claim Filed |
| 21. | City Of Chicago | Unsecured | | No Claim Filed |
| 22. | Lou Harris | Unsecured | | No Claim Filed |
| 23. | Merchant Capital | Unsecured | | No Claim Filed |
| | | | $ 45,925.70 | $ 2,540.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Tracy | Case Number: 08 B 14159 |
|---|---|---|
| | Kelly-Brown , Joyce | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 6/3/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 179.52 |
| | $ 179.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

